282

■ In the Matter of RICHARD KRANIS, a Disbarred Attorney. [644 NYS2d 891]

Concur—Sullivan, J. P., Ellerin, Kupferman, Ross and Tom, JJ.

■ In the Matter of DAVID F. BROWN (Admitted as DAVID FAIN BROWN), a Suspended Attorney. [644 NYS2d 891]

No opinion. Concur—Rosenberger, J. P., Ellerin, Ross, Nardelli and Tom, JJ.